# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

USA
Plaintiff

3:23-CR-235-N-1
CASE NUMBER

v.

JERRY JOHNSON
Defendant

GODBEY
JUDGE

## NOTICE OF APPEAL

Notice is hereby given that JERRY JOHNSON
(Appellant's Name)

appeals to the United States Court of Appeals for the Fifth Circuit from the

SENTENCE
(conviction and sentence); (sentence only); (order);(judgment)

entered in this action on 5-1-26
(Date)

Date 5-13-26

Attorney/Pro Se Litigant Signature s/ Jerry Johnson

Print Name Jerry Johnson

Address Cimarron Detention Center

City, State, Zip 3200 S Kings Hwy, Cushing OK 74023

Telephone n/a